UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RAYMOND TAGGART

JUDGMENT IN A CRIMINAL CASE

Case Number:  7:07-CR-59  (GHL)

_____      James F. Greenwald, Esq. (FPD)
                                            Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count  1 as amended on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Failure to notify the Commissioner of Motor Vehicles in writing of a change of address, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 509.8 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  December 18, 2006**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $100.00 and a $5.00 special assessment.  The total of the fine and special assessment is $105.00, payable immediately.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **original Count 1**  of the Information is dismissed on motion of the United States.


      July 17, 2007
Date of Imposition of Sentence


      July 27, 2007                          _____
DATE SIGNED                                  George H. Lowe
                                             United States Magistrate Judge